IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20964-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAWIS GONZALEZ,

    Defendant.
_____/

### ORDER DENYING MOTION TO APPOINT COUNSEL

**THIS CAUSE** is before the Court on the Defendant Dawis Gonzalez' Motion to Appoint Counsel. [DE 482]. The Defendant contends he requires an attorney to prepare a motion following the United States Supreme Court's decision in *United States v. Taylor,* 142 S.Ct. 2015 (2022).

The Eleventh Circuit has made it clear that prisoners do not have a constitutional right to the appointment of counsel for postconviction proceedings. *Arthur v. Allen*, 452 F.3d 1234, 1249 (11th Cir. 2006) (citing *Murray v. Giarratano*, 492 U.S. 1, 10, 12 (1989)); *see also Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987). However, the Court has authority under 28 U.S.C. § 2255 and 18 U.S.C. § 3006(A)(2)(B) to appoint counsel in postconviction proceedings. Such an appointment is limited to exceptional circumstances. *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (citing *Lopez v. Reyes*, 692 F.2d 15, 17 (5th Cir. 1982)). The Defendant has not provided any information to show the exceptional circumstances justifying appointment of counsel. Accordingly, it is

**ORDERED** that Defendant Dawis Gonzalez' Motion to Appoint Counsel [DE 482] is **DENIED.**

DONE and ORDERED in Miami, Florida, this 6th day of June, 2023.

                                                  PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
       U.S. Probation Office